171 A.3d 1260

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. RAYMOND C. GRAVATT, JR., DEFENDANT-
PETITIONER.

C–231 Sept. Term 2017
079816

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002878–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

171 A.3d 1260

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JOHANNA CASSIMORE, DEFENDANT-
PETITIONER.

C–225 Sept.Term 2017
079436

October 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–919/2793–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.